**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Scott Jongeward,<br><br>    Petitioner,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>    Respondents. | No. CV-08-562-PHX-GMS<br>No. CV-09-1252-PHX-GMS<br>(Consolidated)<br><br>**ORDER** |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus and United States Magistrate Judge Jacqueline Marshall's Report and Recommendation ("R&R") **in case No. 09-1252-PHX-GMS**. (Doc. 1, 36). The R&R recommends that the Court dismiss the Petition. (Doc. 36 at 16). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 16-17 (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)).

Despite being advised of his ability to file objections to the R&R, Petitioner did not file an objection, but instead filed a Notice of Appeal (Doc. 38). Even should this Court consider the Notice of Appeal as an objection, it contains no objections to the R&R. Because Petitioner did not raise any objections to the R&R, the Court is relieved of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not

the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Marshall's R&R (Doc. 36) is **ACCEPTED**.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) filed in Case No. CV-09-1252-PHX-GMS is **DISMISSED**.

3. The Clerk of the Court shall **TERMINATE** both actions.

4. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the even Petitioner files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED this 23rd day of September, 2010.

/s/ H. Murray Snow
G. Murray Snow
United States District Judge